

DAVID R. RANGEL
drangel@dtrglaw.com



March 28, 2022

**VIA CM/ECF**
Clerk, United States District Court
United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, Texas  78401

> Re: Civil Action No. 2:20-CV-99; Selena Cibrian v. K-CO Enterprises, Inc. and Robert Derrick Jefferson, in the United States District Court, Southern District of Texas, Corpus Christi Division.

Dear Sir or Madam:

Pursuant to the Texas Rules of Civil Procedure, please allow this correspondence to serve as a notice that I will be on vacation on the following dates:

**August 2, 2022, through August 10, 2022**

I would respectfully request that no hearings, trials or mediations be scheduled in any cases pending in your respective courts and that counsel not set any matters for deposition, summary judgment, inspections and like matters requiring my presence.

Sincerely yours,

**DAVIDSON TROILO REAM & GARZA, P.C.**

*David R. Rangel*

David R. Rangel

DRR/tgc:  LTR TO CLERK (DRR) 21-0706

cc:   All Counsel of Record
      *(Via CM/ECF)*